FILED: June 28, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-2344
(4:09-cv-00087-BO)

_____

PEGGY S. LEVIN, Trustee

    Plaintiff - Appellant

v.

WACHOVIA BANK; DAVID STROEHMANN, SR.; SAM WOLCOTT

    Defendants - Appellees

_____

J U D G M E N T
_____

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK